**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

SOCIALRYSE LLC
(d/b/a SocialRyse Music Disco),

                    Plaintiff,

          v.

YOUTUBE LLC and GOOGLE LLC,

                    Defendants.

Case No. 25-cv-10337-LAK

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record.

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendants YouTube LLC and Google LLC.

Dated: January 20, 2026                 */s/ Erin J. Morgan*
                                        Erin J. Morgan (EM1694)
                                        DUNN ISAACSON RHEE LLP
                                        11 Park Place
                                        New York, NY 10007
                                        (202) 240-2900

                                        *Attorney for YouTube LLC and Google LLC*