USDC S:
DOCUM:  :
ELECTR...NICALLY FILED
D..;: #: _____
DATE FILED: 1-22-26

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SOCIALRYSE LLC<br>(d/b/a SocialRyse Music Disco),<br><br>        Plaintiff,<br><br>        v.<br><br>YOUTUBE LLC and GOOGLE LLC,<br><br>        Defendants. | Case No. 25-cv-10337-LAK |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, Jeannie S. Rhee hereby moves this Court for an Order for Admission to Practice Pro Hac Vice to appear as counsel for Defendants YouTube LLC and Google LLC, in the above-captioned action.

I am in good standing of the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

*Granted*

SO ORDERED

LEWIS A. KAPLAN, USDJ

1/22/26

Dated: January 20, 2026                    Respectfully submitted,

                                           By: /s/ Jeannie S. Rhee
                                           Jeannie S. Rhee
                                           **DUNN ISAACSON RHEE LLP**
                                           401 Ninth Street, NW
                                           Suite 800
                                           Washington, DC 20004
                                           Tel: (202) 240-2900
                                           jrhee@dirllp.com

                                           *Attorney for YouTube LLC and Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing MOTION

FOR ADMISSION PRO HAC VICE with the Clerk of the District Court using the CM/ECF

system, which sent notification of such filing upon the counsel of record.


/s/ Jeannie S. Rhee
Jeannie S. Rhee