**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOCIALRYSE LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>YOUTUBE LLC and GOOGLE LLC,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-10337 |

## JOINT SCHEDULING STATEMENT

Plaintiff SocialRyse LLC ("Plaintiff") and Defendants YouTube LLC and Google LLC (collectively, "Defendants," and, together with Plaintiff, the "Parties") respectfully submit this Scheduling Statement pursuant to the Court's December 18, 2025 Order Re Scheduling and Initial Pretrial Conference (Dkt. No. 2, the "Order").

Defendant Google LLC was served with Plaintiff's Complaint on January 23, 2026, and Defendant YouTube LLC was served with Plaintiff's Complaint on January 27, 2026. The Parties presently anticipate that, despite reasonable diligence, they likely will not be in a position to submit a Pre-Trial Order within six months of issuance of the Court's Order, i.e., June 18, 2026.

In light of the foregoing, the Parties respectfully propose the following agreed-upon schedule, subject to the Court's approval as well as to any requests for any necessary and appropriate modifications depending on case development:

| Event | Deadline |
|---|---|
| Rule 26(f) conference | February 4, 2026 |
| Parties exchange initial disclosures | February 18, 2026 |

1

| Defendants' deadline to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint | February 23, 2026 |
|---|---|
| Completion of fact discovery | July 28, 2026 |
| Completion of expert discovery | October 28, 2026 |
| Filing of pretrial order and service of summary judgment motions | January 28, 2027 |

Per the Court's Order, the Parties will be available on January 28, 2026 at 11:00 AM (or such other time as may be set by the Court) for a video-conference to address any questions or concerns the Court may have.

2

Dated: January 27, 2026

/s/ *Jeannie S. Rhee*

Jeannie S. Rhee
**DUNN ISAACSON RHEE LLP**
401 Ninth Street, NW
Suite 800
Washington, DC 20004
Tel: (202) 240-2900
jrhee@dirllp.com

Erin J. Morgan
**DUNN ISAACSON RHEE LLP**
11 Park Place
New York, NY 10007
Tel: (202) 240-2900
emorgan@dirllp.com

*Attorneys for YouTube LLC and Google LLC*

/s/ *Courtney Kirk-Patrick Davy*

Courtney Kirk-Patrick Davy
**LAW OFFICE OF COURTNEY DAVY**
299 Broadway Suite 1700
New York, NY 10007
Tel: 516-850-1800
cdavy@cdavylaw.com

*Attorney for SocialRyse LLC*

3