**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

SOCIALRYSE LLC (d/b/a SocialRyse Music Disco),

*Plaintiff,*

vs.

YOUTUBE, LLC and GOOGLE LLC,

*Defendants.*

Case No. 1:25-cv-10337-LAK

**DECLARATION OF ERIN J. MORGAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

I, Erin J. Morgan, hereby declare and state as follows:

1. I am a partner with the law firm of Dunn Isaacson Rhee LLP, and I am counsel for Defendants YouTube, LLC and Google LLC in the above-captioned matter.

2. I submit this Declaration in support of Defendants' Memorandum of Law in Support of the Motion to Dismiss the Complaint.

3. Attached as Exhibit A is a true and correct copy of Plaintiff's Complaint (ECF No. 3) in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  February 23, 2026

*/s/ Erin J. Morgan*

Erin J. Morgan
New York, New York