**LAW OFFICE OF COURTNEY K. DAVY, L.L.P.**
**ATTORNEY AT LAW**
299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

TEL: 516.850.1800/212-786-2331 EMAIL: courtneydavy.esq@gmail.com  FAX:  347-658-3081

March 13, 2026

Honorable Lewis A. Kaplan
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan:

Plaintiff SocialRyse LLC respectfully submits this letter in connection with the filing of Plaintiff's Amended Complaint and Corrected Memorandum of Law in Opposition to Defendants' Motion to Dismiss.

On March 13, 2026, Plaintiff filed a Memorandum of Law in Opposition to Defendants' Motion to Dismiss (ECF No. 15). That filing was based on an earlier draft that did not account for the Amended Complaint filed concurrently herewith. Plaintiff now files:

(i) An Amended Complaint, filed as of right under Federal Rule of Civil Procedure 15(a)(1)(B), within 21 days of service of Defendants' Motion to Dismiss;

(ii) A Corrected Memorandum of Law in Opposition to Defendants' Motion to Dismiss, which supersedes the memorandum previously filed at ECF No. 15 and addresses the operative Amended Complaint.

Plaintiff respectfully requests that the Court consider the Corrected Memorandum as the operative opposition brief and evaluate Defendants' Motion to Dismiss against the Amended Complaint.

Respectfully submitted,

/s/ Courtney K. Davy_____
COURTNEY K. DAVY, ESQ.
Attorney for Plaintiff
299 Broadway, Suite 800
New York, NY 10007
(516) 850-1800