**LAW OFFICE OF COURTNEY K. DAVY, L.L.P.**
**ATTORNEY AT LAW**
299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

_____

TEL: 516.850.1800/212-786-2331 EMAIL: courtneydavy.esq@gmail.com  FAX:  347-658-3081

March 16, 2026

*Via ECF*

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   **Re:**  *SocialRyse LLC v. YouTube LLC et al.*, **No. 1:25-cv-10337-LAK**

Dear Judge Kaplan:

  Plaintiff SocialRyse LLC ("Plaintiff") respectfully submits this letter in response to Defendants' March 16, 2026 letter (ECF No. 19).

  Plaintiff does not oppose Defendants' request for a one-week extension of time (to March 27, 2026) and a 10-page extension of the page limit (to 20 pages) for their reply memorandum in support of the motion to dismiss. Plaintiff agrees that evaluating Defendants' motion against the operative Amended Complaint in a single round of briefing promotes judicial economy.

  In the event that your honor grants the defendants' request for the page and time extension, Plaintiff respectfully requests that the Court grant Plaintiff leave to file a sur-reply, not to exceed 10 pages, due April 17, 2026. Given that Defendants' expanded reply will function as their principal briefing on the operative Amended Complaint, Plaintiff requests that the sur-reply not be limited to particular issues or categories of argument, so that Plaintiff may fully respond to Defendants' reply.

  A sur-reply is warranted because Defendants' expanded 20-page reply will be their first opportunity to address the Amended Complaint and the Corrected Memorandum of Law in Opposition. The Amended Complaint materially alters the factual allegations, drops several claims, and adds substantial new factual content—including specific contractual provisions, a detailed discovery chronology, an equitable estoppel theory, platform-by-platform market analysis, and expanded competitive-harm allegations. A reply addressing these new allegations for the first time will necessarily raise arguments that Plaintiff has not yet had an opportunity to address. Indeed, Defendants' letter already previews substantive arguments regarding timeliness and characterizations of Plaintiff's exhibits that go beyond their original motion. Permitting a sur-

reply ensures the Court has the benefit of both parties' complete positions on the operative pleading before ruling.

Additionally, Plaintiff requests that the sur-reply deadline be set for April 17, 2026, to accommodate Plaintiff's principal, Ralph Cohen, who will be observing Passover from April 1 through April 9 and Sabbath on April 10–11. Mr. Cohen's direct participation is necessary for the preparation of Plaintiff's sur-reply, as this case involves detailed factual allegations and communications in which Mr. Cohen was personally involved. An April 17 deadline provides a reasonable period of working time following the conclusion of Mr. Cohen's religious observance for Plaintiff and counsel to prepare the sur-reply. This schedule would close briefing promptly and would not prejudice Defendants.

Plaintiff acknowledges the procedural history Defendants describe. Plaintiff notes that the Amended Complaint was filed as of right within the 21-day window provided by Federal Rule of Civil Procedure 15(a)(1)(B), and that the Corrected Memorandum was filed to ensure the opposition addressed the operative pleading. Plaintiff's counsel regrets any lack of advance notice to Defendants' counsel regarding these filings and will communicate more promptly regarding future filings. With respect to Defendants' statement that they contacted Plaintiff's counsel and received no response, Plaintiff's counsel was in court at the time and was unable to respond.

Lastly, Defendants' letter notes that Exhibit L, referenced in paragraph 42 of the Amended Complaint, was not included with the filing. Plaintiff is filing Exhibit L promptly and regrets the omission.

For the foregoing reasons, Plaintiff respectfully requests that the Court: (1) grant Defendants' request for a 20-page reply due March 27, 2026; and (2) grant Plaintiff leave to file a sur-reply of not more than 10 pages due April 17, 2026.

Plaintiff is available at the Court's convenience to provide any additional information.

Respectfully submitted,

*/s/ Courtney K. Davy*
Courtney K. Davy, Esq.
Attorney for Plaintiff
299 Broadway, Suite 800
New York, NY 10007
(516) 850-1800

*CC: All Counsel of Record (via ECF)*